UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAINA S. POOLE-JONES,

    Plaintiff,

vs.

Case No. 12-14946
HON. GERSHWIN A. DRAIN

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

_____/

### ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION (#18), GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (# 12) AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (# 16) AND DISMISSING ACTION

This matter is before the Court on the parties' Cross-Motions for Summary Judgment as to Plaintiff Shaina Poole-Jones' claim for judicial review of Defendant Commissioner of Social Security's ("the Commissioner") denial of her application for supplemental security income benefits. The matter was referred to Magistrate Judge Mark A. Randon, who issued a Report and Recommendation on September 27, 2013, recommending that the Court grant Plaintiff's Motion for Summary Judgment, deny Defendant's Motion for Summary Judgment, and the case be remanded to the Commissioner. Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1)(C).

Upon review of the parties' briefing and the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate Judge reached the correct conclusion. Therefore, the Court hereby ACCEPTS and ADOPTS Magistrate Judge Randon's September 27, 2013 Report and Recommendation [#18] as this Court's findings of fact and conclusions of law. Plaintiff's Motion for Summary Judgment [#12] is GRANTED. Defendant's Motion for Summary Judgment [#16] is DENIED.

This cause of action is dismissed.

SO ORDERED.

Dated: October 28, 2013

/s/Gershwin A Drain
GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
October 28, 2013, by electronic and/or ordinary mail.
/s/ Tanya Bankston
Deputy Clerk